758

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUSSELL R. SALTER, Appellant.— Judgment of the County Court, Westchester County, rendered April 12, 1972, affirmed. No opinion. The case is remitted to the County Court, Westchester County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Latham, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEDRO VASQUEZ, Appellant.— Judgment of the Supreme Court, Queens County, rendered April 26, 1972, affirmed (CPL 470.05, subd. 1). Martuscello, Acting P. J., Latham, Shapiro, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY WILLIAMS, Appellant.— Order of the Supreme Court, Kings County, entered March 31, 1971, affirmed. (People v. Fisher, 30 N Y 2d 560.) Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Christ, JJ., concur.

■ TOWN OF HARRISON et al., Appellants, v. BOARD OF COOPERATIVE EDUCATIONAL SERVICE, SECOND SUPERVISORY DISTRICT, WESTCHESTER COUNTY, et al., Respondents.— Order of the Supreme Court, Westchester County, dated January 26, 1972, and judgment of the same court, entered thereon January 31, 1972, affirmed, with one bill of $20 costs and disbursements to respondents jointly. In affirming the order and judgment we have not reached the constitutional question, in view of the fact that in Durand v. Board of Co-op. Educational Serv. (41 A D 2d 803), which was an action on behalf of all the plaintiffs " and all other residents and property owners in the Towns of North Castle and Harrison * * * similarly situated, " the findings of fact adverse to the plaintiffs have been affirmed. Latham, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

### (March 19, 1973)

■ In the Matter of PHILIP D. TOBIN et al., Appellants, v. ALBERT T. HAYDUK et al., Constituting the Westchester County Board of Elections, et al., Respondents.— In a proceeding to invalidate petitions or nominations designating respondents Robert D'Agostino, Donald F. Scarcello and Walter E. Yates as candidates of the Republican, Conservative and Independent Citizens Parties in the election to be held on March 20, 1973 for certain public offices of the Village of Tuckahoe, namely, D'Agostino for Mayor and Scarcello and Yates for trustees, the appeal is from a judgment of the Supreme Court, Westchester County, entered March 15, 1973, which dismissed the petition. Judgment affirmed, without costs. No opinion. Rabin, P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.